UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH A. FERRARA, SR., FRANK H. FINKEL,
MARC HERBST, DENISE RICHARDSON,
ANTHONY D'AQUILA, THOMAS F. CORBETT,
THOMAS GESUALDI, LOUIS BISIGNANO,
DOMINICK MARROCCO, AND ANTHONY
PIROZZI, as Trustees and Fiduciaries of the Local
282 Welfare Trust Fund, the Local 282 Pension
Trust Fund, the Local 282 Annuity Trust Fund, the
Local 282 Job Training Trust Fund, and the Local
282 Vacation and Sick Leave Trust Fund,

         Plaintiffs,
  - against -

SUPOR RIGGING LLC,

         Defendant.
-----------------------------------------------------------------X

Case No.:
10-CV-5902 (DRH)(GRB)

## **STIPULATION OF DISMISSAL**

  It is hereby stipulated and agreed by and between Plaintiffs and Defendant that, pursuant to Federal Rule of Civil Procedure 41(a)(1), this action shall be dismissed without prejudice, but for claims raised pursuant to the following audits: Audit #10-0814 (of Supor Rigging Co. Inc.'s books and records for the period September 12, 2008 through October 29, 2009) and Audit #11-0212 (of J Supor & Son Trucking & Rigging Co. Inc.'s books and records for the for the period September 12, 2008 through October 29, 2009), which shall be dismissed with prejudice.

  It is hereby further stipulated and agreed by the parties that Supor Rigging Co. Inc. shall provide for audit its books and records and those of J Supor & Son Trucking & Rigging Co. Inc. for the period commencing October 30, 2009.

  It is hereby further stipulated and agreed by the parties that Plaintiffs shall have the right to request that this action be re-opened if the agreed upon payment by Defendant of

00227210.1

$7,500 (in full settlement of the claims which are being dismissed with prejudice) is not remitted within thirty (30) days or does not clear at Plaintiffs' financial institution.

Dated: June 13, 2012
       New York, New York

_____           _____
Joseph J. Vitale                    Ronald L. Tobia
Michael S. Adler                    Jill Tobia Sorger
COHEN, WEISS AND SIMON LLP          TOBIA & SORGER ESQS., LLC
330 West 42nd Street                500 Supor Boulevard
New York, New York 10036            Harrison, New Jersey 07029
(212) 563-4100                      (973) 746-6000

Attorneys for Plaintiffs            Attorneys for Defendant